```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

DARNELL KIDD,

              Defendant.
-------------------------------------------------------------X

**ORDER**

Case No. 20 Cr. 572 (NSR)-02

    IT IS HEREBY ORDERED that Defendant Darnell Kidd shall be permitted to access the hard drive and review the discovery in this case, for a total of (3) three hours per day in the law library at the MDC.

    IT IS FURTHER ORDERED that should the MDC be unable to provide (3) three hours per day for Defendant Darnell Kidd to access the hard drive and review the discovery in this case in the law library, that the MDC allocate a total of (15) fifteen hours per week for Defendant Darnell Kidd to access the hard drive and review the discovery in the law library. The (15) fifteen hours may be allocated in time periods deemed appropriate by the MDC.

Dated: April 7, 2021
       White Plains, NY

                                SO ORDERED:

                                _____
                                HON. NELSON S. ROMÁN
                                UNITED STATES DISTRICT COURT JUDGE