# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

August 4, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> CJA counsel Kerry Lawrence's request seeking appointment of Alex Huot as an associate billing at rate of $110/hr. for up to 200 hours is GRANTED without prejudice to seeking additional hours, if necessary. Clerk of Court requested to terminate the motion (doc. 31).
> Dated: August 27, 2021
> **SO ORDERED:**
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Darnell Kidd**
**20 Cr. 572 (NSR)** -02

Dear Judge Román:

I am the attorney for Darnell Kidd, a defendant in the above-referenced matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint my associate, Alex Huot, to assist me in this case, including reviewing prior procedural history of this case, reviewing discovery, engaging in legal research and drafting motions, if necessary, along with meeting with the defendant and assisting in the trial of this defendant.

I am seeking authorization for Mr. Huot to work up to 200 hours on this matter. The discovery in this case is voluminous and will necessitate the assistance of forensic experts and an investigator. If approved, Mr. Huot will work under my direction and will abide by the conditions of the protective order. At the conclusion of this case, he will submit a voucher subject to Court approval. I am asking that Mr. Huot be approved at a rate of $110/hour, which is a rate typical for associates with his level of experience.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

Kerry A. Lawrence

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2021