**MEMO ENDORSED**

<div style="text-align:center">

LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

</div>

Admitted in NY & CT

August 17, 2021

**BY ECF and Email**
Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Darnell Kidd*, 20 Cr. 572 (NSR)-02

Dear Judge Román:

    I write respectfully on behalf of Mr. Kidd to request a 30-day extension of time to file pre-trial motions. The current deadline for the defense to file pre-trial motions is August 25, 2021. More time is necessary to review additional discovery. It will also allow for further discussions regarding a possible resolution of the case. I have conferred with government counsel, and they consent to this request.

    Respectfully submitted,

By:    /s/
    Kerry A. Lawrence
    Law Office of Kerry Lawrence, PLLC
    140 Grand Street, Ste. 705
    White Plains, NY 10601
    914-946-5900

cc: Government Counsel

Deft. Kidd's (02) request, joined by Deft. Chambers (01), for an extension of the motion briefing schedule is GRANTED with the Govt's consent as follows: moving papers shall be filed Sept. 27, 2021; Govt's response shall be filed on Oct. 27, 2021; and reply papers shall be filed on Nov. 12, 2021. Counsel shall provide two hard courtesy copies to the Court as their respective papers are filed. Clerk of Court requested to terminate the motions (docs. 33 & 34).
Dated: August 27, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2021

JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 23, 2021

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re: United States v. Marcus Chambers, 20 Cr. 572 (NSR)**

Dear Judge Román,

This letter is respectfully submitted to join the request submitted by co-defendant Darnell Kidd, D.E. 33, requesting a 30-day extension of time to file pre-trial motions on behalf of Mr. Chambers.

Thank you for your courtesy and consideration.

Respectfully submitted,

_________/s/_________

James Kousouros, Esq.

c.c.

Christopher Brumwell
Olga Zverovich
Assistant United States Attorneys